**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

Securities and Exchange Commission,　　　　　:

　　　　　　　　　　　　　　　　　　　　　:　　　　Case No. 1:25-cv-04245-AS

　　　　　　　　Plaintiff,　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　:

　　　　　v.　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　:

Unicoin, Inc.; Alexander Konanykhin; Maria　:

Silvina Moschini; Alejandro Dominguez;　　　:

Richard Devlin,　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　Defendants.　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　:

---------------------------------------------------------- X

## DECLARATION OF STEPHEN RUTENBERG

I, Stephen Rutenberg, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.　　　I am admitted to practice before this Court and am a partner at the law firm of Duane Morris, LLP, counsel to at six accredited investors of Unicoin, Inc. (the "Accredited Investors").

2.　　　I submit this Declaration on behalf of the Accredited Investors in order to provide the Court with a copy of the proposed *amicus curiae* brief that the Accredited Investors seek to file in this case.

3.　　　An addition 188 of Unicoin's investors have similarly agreed to the filing of the *amicus curiae* brief.

4.　　　Should the Court require it, the undersigned shall provide a list of the Accredited Investors and the additional investors.

1

2

5.      The proposed *amicus* brief is attached hereto as <u>Exhibit A</u>.

Dated:  March 31, 2026
        New York, New York


                                        <u>/s/ Stephen Rutenberg</u>
                                        Stephen Rutenberg

2